UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN WALTERS,<br>        Plaintiff,<br>    v.<br>JOHN GRANT, et al.,<br>        Defendants. | Case No. 14-cv-04954-SI<br><br>**ORDER OF DISMISSAL** |

Plaintiff commenced this action by filing two similar, but not identical, complaints. On February 12, 2015, the court issued an order discussing the numerous problems with plaintiff's complaints and granting him leave to file a single amended complaint. Dkt. No. 10. Plaintiff filed an amended complaint. On September 30, 2015, the court issued an order of dismissal with further leave to amend. Dkt. No. 13. The court noted that the "amended complaint is far too burdened with excessive argument, unclear allegations, and cross-references to numerous exhibits for the court to be able to determine exactly what claims are stated and against whom." *Id.* at 1. The court also noted that plaintiff appeared to have ignored many of the detailed instructions about alleging claims provided in the February 12, 2015 order. In the September 30, 2015 order of dismissal with further leave to amend, the court gave further guidance for the preparation of the second amended complaint and cautioned that failure to file a second amended complaint by the deadline may result in the dismissal of this action. *Id.* at 5.

Plaintiff did not file a second amended complaint, and the deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to comply with the court's September 30, 2015 order to file a second amended complaint. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: January 7, 2016

_____
SUSAN ILLSTON
United States District Judge