UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN WALTERS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN GRANT, et al.,<br><br>    Defendants. | Case No. 14-cv-04954-SI<br><br>**JUDGMENT** |

This action is dismissed for failure to comply with the court's order to file a second amended complaint.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 7, 2016

_____
SUSAN ILLSTON
United States District Judge